AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

United States of America

v.

GIOVANNI ORTIZ

*Defendant*

Case No. 25-mj-5051

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **WILLIAM MCKINNEY**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of **Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18 United States Code, Section 924(c).**

Date: February 25, 2025

*Issuing officer's signature*

City and State: Buffalo, New York

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

### Return

This warrant was received on (date) 02/25/2025, and the person was arrested on (date) 02/28/2025, at (city and state) Buffalo, NY.

Date: 02/28/2025

*Arresting officer's signature*

David Scriech Jr. Special Agent
*Printed name and title*

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: **GIOVANNI ORTIZ**

Known aliases:

Last known residence: 399 S. Division Street, Buffalo NY 14204

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 12/14/1994

Social Security number:

| | | | |
|---|---|---|---|
| Height: | 5'8 | Weight: | 230 |
| Sex: | Male | Race: | White |
| Hair: | Black | Eyes: | Green |

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relations, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: **SA Richard Smith**
**Homeland Security Investigations**
**Buffalo, NY 14202**
**716-392-3631**

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: